*In re* Enmienda a las Reglas para la Administración del Tribunal de Primera Instancia de Puerto Rico de 30 de junio de 1999, para Añadir un Subinciso (H) a la Regla 7, Inciso (C)(3).

*Número:* ER-2000-6          *Resuelto:* 21 de noviembre de 2000

## RESOLUCIÓN

Previa recomendación de la Directora Administrativa de los Tribunales, se añade un subinciso (h) a la Regla 7(C)(3) para la Administración del Tribunal de Primera Instancia de 30 de junio de 1999.

*Regla 7. Región Judicial*

. . . . . . . .

(C) Administración de la Región Judicial

. . . . . . . .

(3) Director Ejecutivo o Directora Ejecutiva Regional

. . . . . . . .

(h) El cese por retiro de confianza de dicho funcionario o funcionaria no podrá darse sin la previa consulta y autorización del Director Administrativo o de la Directora Administrativa de los Tribunales.

Esta Resolución tendrá vigencia inmediata.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

(*Fdo.*) Isabel Llompart Zeno
*Secretaria del Tribunal Supremo*